MARK M. KASSABIAN, (BAR NO. 156595)
BUEHLER & KASSABIAN, LLP
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: mkassabian@buehlerkassabian.com
Attorney for Defendant
DANNY ARTHUR NUNEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,                )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     v.                        )<br>                               )<br> DANNY ARTHUR NUNEZ,           )<br>                               )<br>          Defendant.           )<br> _____) | Case No. CR-10-00567-AHM<br><br>STIPULATION FOR ISSUANCE OF PRE-TRIAL SUBPOENA |

    Defendant, Danny Nunez, by and through his counsel, Mark Kassabian, and plaintiff United States of America, by and through its counsel, Christopher Pelham, hereby stipulate to an order for the issuance of a subpoena to the Los Angeles County Sheriff. This subpoena is necessary to obtain reports, documents and records in the above-captioned action relevant to the action. Court authorization is necessary for this subpoena which requests an early return of said documents.

    Specifically, the parties are informed that Los Angeles County Sheriff detective Damien Marquez in the Industry Station, the station responsible for much of the law-enforcement investigation in the action, may be, or may have been, involved in a romantic relationship with defendant Danny Nunez's estranged wife, Eleanor Nunez.

    The defense has demanded discovery regarding this matter from the

government. The government asserts that it does not have documents regarding this matter.

The parties agree that documents in the possession of the Los Angeles County Sheriff regarding these matters may be relevant to this action. The parties also agree that the parties' trial preparation, and judicial efficiency, would be assisted by the pre-trial return of subpoenaed documents related to these matters.

Accordingly, the parties stipulate to the issuance of the subpoena attached hereto as Exhibit 1, and to its return date of May 4, 2011.

Respectfully Submitted,

BUEHLER & KASSABIAN, LLP

DATE: April 4, 2011     By:   */s/ Mark M. Kassabian*
MARK M. KASSABIAN
Attorney for Defendant
DANNY ARTHUR NUNEZ

ANDRE BIROTTE
UNITED STATES ATTORNEY

DATE: April 4, 2010     By:   */s/ Christopher K. Pelham*
CHRISTOPHER K. PELHAM
Attorneys for Plaintiff
The United States Of America

2